UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GIRISHKUMAR I. PATEL,
A249 006 576,

      Petitioner,

      v.

MICHAEL T. ROSE, Acting Field
Office Director of Enforcement and
Removal Operations, Philadelphia
Field Office, Immigration and
Customs Enforcement, et al.,

      Respondents.

CIVIL ACTION NO. 3:26-cv-00380

(SAPORITO, J.)

## ORDER

AND NOW, this 12th day of May, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The petition (Doc. 1) is **GRANTED**;

2.    The government shall either provide Patel with an individualized bond hearing **within twenty-one (21) days** after entry of this order or release Patel on his own recognizance, pursuant to 8 U.S.C. § 1226(a);

3.    At this individualized bond hearing, the government shall bear the burden of proving by clear and convincing evidence that the

petitioner's continued detention is necessary to prevent him from fleeing or harming the community;

4.    The parties shall file a written notice of the outcome of this individualized bond determination by an immigration judge **within seven (7) days** after the date of the hearing; and

5.    The clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge